■ In the Matter of ANTHONY FAILLA et al., Respondents, v. SALVATORE SCLAFANI et al., Constituting the Board of Elections of the City of New York, Appellants.— Judgment of the Supreme Court, Kings County, entered August 16, 1974, affirmed, without costs. No opinion. Latham, Acting P. J., Shapiro, Cohalan and Munder, JJ., concur.

## (August 21, 1974)

■ In the Matter of MARGARET R. HAYDEN, Respondent, v. SALVATORE SCLAFANI et al., Constituting the Board of Elections of the City of New York, Appellants.— Judgment of the Supreme Court, Kings County, dated August 19, 1974, affirmed, without costs. In view of the failure of petitioner to produce the transcript of the record upon which she relies for reversal, we have no alternative but to accept the findings of the trial court. Latham, Acting P. J., Shapiro, Cohalan and Munder, JJ., concur.

■ In the Matter of BEN LIEBLEIN et al., Respondents, v. SALVATORE SCLAFANI et al., Constituting the Board of Elections of the City of New York, Appellants.— Judgment of the Supreme Court, Queens County, dated August 14, 1974, affirmed, without costs. Gulotta, P. J., Christ and Brennan, JJ., concur; Christ and Brennan, JJ., vote to affirm on constraint of the decision in *Matter of Lutfy* v. *Gangemi* (45 A D 2d 939). Benjamin, J., dissents and votes to reverse and declare the designating petitions invalid for the reasons set forth in his dissent in *Matter of Lutfy* v. *Gangemi* (45 A D 2d 939).

■ In the Matter of LESLIE M. RABINOWITZ et al., Respondents, v. JACK C. BROWN et al., Appellants.— Judgment of the Supreme Court, Kings County, dated August 16, 1974, reversed, on the law, without costs, and determination of the Board of Elections declaring the designating petition of Carmen 'Gonsalez valid, reinstated. We find that all the evidence, particularly the official card of the Board of Elections which was received in evidence as an exhibit, establishes that Carmen Gonsalez was a registered voter qualified to run for the position of State Committeeman in the 40th Assembly District. Latham, Acting P. J., Shapiro, Cohalan and Munder, JJ., concur.

■ In the Matter of DANTE C. SENISE et al., Appellants, v. HERBERT J. FEUER et al., Constituting the Board of Elections of the City of New York, Respondents.— Judgment of the Supreme Court, Queens County, dated August 12, 1974, reversed, on the law, without costs, and matter remitted to Special Term for a hearing forthwith to determine whether there was submitted a supplemental cover sheet which referred specifically to the delegates to the Judicial Convention in compliance with subdivision 3 of section 136 of the Election Law. Gulotta, P. J., Christ, Brennan and Benjamin, JJ., concur.